## Commonwealth *v.* Goldsborough, Appellant.

Submitted December 11, 1970. *R. Barclay Surrick*, Assistant Public Defender, for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio*, Assistant District Attorneys, for Commonwealth, appellee.

Order affirmed.